**United States Court of Appeals**

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3717

_____

Linda S. Jackson,                    *
                                     *
        Plaintiff/Appellant,         *
                                     *  Appeal from the United States
    v.                               *  District Court for the
                                     *  Eastern District of Arkansas.
Shirley S. Chater, Commissioner,     *        (Unpublished)
Social Security Administration,      *
                                     *
        Defendant/Appellee.          *


_____

Submitted: May 21, 1997
Filed: June 5, 1997

_____

Before MURPHY, HEANEY, and MAGILL, Circuit Judges.

_____

PER CURIAM.

The Secretary of Health and Human Services denied Linda Jackson's claim for disability insurance. The district court[1] granted summary judgment for the Secretary, concluding there was substantial evidence in the administrative record to support her decision. We affirm on the basis of the district court opinion. See 8th Cir. R. 47B.

---

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.